IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | Case No. 1:03-md-01570-GBD-SN |
| *This document relates to:*<br><br>*Desimone, et al. v. The Islamic Republic of Iran*, No. 21-cv-07679 | |

**REQUEST FOR CLERK'S CERTIFICATE OF DEFAULT**

Pursuant to Fed. R. Civ. P. 55(a) and Local Rules 55.1 and 55.2(a), the Plaintiffs, by and through undersigned counsel, request a Clerk's Certificate of Default. Within an accompanying declaration, I affirm that the party against whom the judgment is sought:

1. is not an infant or incompetent person;

2. is not in the military service;

3. was properly served under Fed. R. Civ. P. 4 and proof of service having been filed with the Court;

4. has defaulted in appearance in the above captioned action.

    Respectfully submitted,

    /s/ David J. Dickens
    David J. Dickens (admitted *pro hac vice*)
    The Miller Firm, LLC
    108 Railroad Avenue
    Orange, VA 22960
    Tel: 540-672-4224
    Fax: 540-672-3055
    ddickens@millerfirmllc.com

    Attorney for Plaintiffs