IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | Case No. 1:03-md-01570-GBD-SN |
| *This document relates to:* *Desimone, et al. v. The Islamic Republic of Iran*, No. 21-cv-07679 | |

**ORDER ON PLAINTIFFS' MOTION TO SUBSTITUTE PARTIES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 15(d)**

Upon consideration of Plaintiffs' motion to permit the substitution of parties to name the decedent of the estate who was previously unidentified in their prior pleadings, it is hereby:

ORDERED that the Plaintiffs' motion is granted, and individuals included on Exhibit A are to be substituted into the above-captioned case, and it is

ORDERED that the Plaintiffs comply with the Clerk of Court's instructions as set forth in ECF No. 4295 regarding the addition of these plaintiffs to the case listed above in the Court's ECF and docketing system.

SO ORDERED.

April ___, 2024

_____
SARAH NETBURN
United States Magistrate Judge

1