# EXHIBIT A

EXHIBIT A – United States national estate w/o prior judgments

Estates - (description)

| | Personal Representative | | | 9/11 Decedent | | | | | | Claim Information | | | Pain & Suffering Damages |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | First | Middle | Last | First | Middle | Last | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Amount |
| 1 | Stephanie | | Desimone | Patrick | | Dunn | US | 9/11/01 | VA | 21cv07679 | 21cv07679, 4 at Appendix 1 | 21cv07679, 69 | $2,000,000 |
| 2 | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | |
| ... | | | | | | | | | | | | | |
| 59 | | | | | | | | | | | | | |

EXHIBIT A – United States national solatium w/o prior judgments

Solatium - (description)

| # | Claimant |  |  |  |  | 9/11 Decedent |  |  |  |  |  | Claim Information |  | Solatium Damages |  |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | First | Middle | Last | Suffix | Nationality on 9/11 | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Relationship | Amount |
| 1 | Stephanie |  | Desimone |  | US | Patrick |  | Dunn |  | US | 9/11/01 | VA | 21cv07679 | 21cv07679, 4 at Appendix 1 | Spouse | $ 12,500,000.00 |
| 2 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| 3 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| 4 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| 5 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| 6 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| 7 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| 8 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| 9 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| 10 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| ... |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| 66 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |