# EXHIBIT B-1

EXHIBIT B-1 – United States national estate w/o prior judgments

Estates - (description)

| Personal Representative | | | 9/11 Decedent | | | | | | Claim Information | | | Pain & Suffering Damages |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| First | Middle | Last | First | Middle | Last | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Amount |
| 1 Stephanie | | Desimone | Patrick | | Dunn | US | 9/11/01 | VA | 21cv07679 | 21cv07679, 4 at Appendix 1 | 21cv07679, 69 | $2,000,000 |
| 2 | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | |
| ... (rows 4–59 blank) | | | | | | | | | | | | |

# EXHIBIT B-2

Solatium - (description)

# EXHIBIT B-2 – United States National solatium plaintiff w/o prior judgments

| Claimant | | | | | 9/11 Decedent | | | | | | Claim Information | | Solatium Damages | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| First | Middle | Last | Suffix | Nationality on 9/11 | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Relationship | Amount |
| 1 Stephanie | | Desimone | | US | Patrick | | Dunn | | US | 9/11/01 | VA | 21cv07679 | 21cv07679, 4 at Appendix 1 | Spouse | $ 12,500,000.00 |

(rows 2–65 blank)