IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | Case No. 1:03-md-01570-GBD-SN |
| *This document relates to:* *Desimone, et al. v. The Islamic Republic of Iran*, No. 21-cv-07679 | |

**(PROPOSED) ORDER ON PLAINTIFFS' NOTICE OF MOTION TO AMEND PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 15**

Upon consideration of Plaintiffs' Notice of Motion Pursuant to Federal Rule of Civil Procedure 15(a)(2) and arguments submitted in support thereof, it is hereby;

**ORDERED** that the Plaintiffs' motion is granted, and Appendix 1 to the Plaintiff's Iran Short Form Complaint is amended to reinstate the claim asserted by the Plaintiff as set fort in Exhibit A; and it is

**ORDERED** that the Plaintiffs comply with the Clerk of Court's instructions as set forth in ECF No. 4295 regarding the addition of this plaintiff to the case listed above in the Court's ECF and docketing system.

Furthermore, the Court respectfully directs the Clerk of the Court to terminate the motion at ECF No. 11453 in 03-md-1570 (GBD)(SN) and ECF No. 106 in 21-cv-07679 (GBD)(SN).

**SO ORDERED**.

January ___, 2026

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　SARAH NETBURN
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge