UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN)<br><br>ECF Case |
| This document relates to:<br><br>*Stephanie Desimone, et al. v. The Islamic Republic of Iran* | 21-cv-07679 (GBD)(SN)<br><br>ECF Case |

## MOTION FOR ENTRY OF PARTIAL FINAL DEFAULT JUDGMENT AGAINST THE ISLAMIC REPUBLIC OF IRAN AS TO LIABILITY AND DAMAGES

PLEASE TAKE NOTICE that upon the accompanying declaration of Robert Keith Morgan ("Morgan Declaration"), with exhibits, and the accompanying memorandum of law, and in accordance with this Court's November 14, 2023 Order setting forth such information as is required by the Court to adjudicate this motion (*See* ECF 9425), the Plaintiff herein, Alexandria Desimone, respectfully moves the Court for an order of judgment by default in her favor and against the Defendant, the Islamic Republic of Iran under 28 U.S.C. § 1605A(c). Plaintiff herein is seeking damages including, but not limited to solatium and pre-judgment interest. The amount of the judgment Plaintiff seeks is based on those awarded in prior judgments entered by this Court in this litigation, specifically, *Havish v. bin Laden* (ECF 2618), and *Hoglan v. The Islamic Republic of Iran* (ECF 3363).

Alexandria Desimone is an American citizen and is the daughter of Commander Patrick Dunn, who was an officer the United States Navy at the time of his death as the result of the terrorist attack on the Pentagon on September 11, 2001. She was born in March 2002. Accordingly, as a child of the decedent, she moves for entry of a judgment against the Islamic Republic of Iran for solatium damages.

Plaintiff moves that any solatium damages awarded herein include prejudgment interest at the rate of 4.96 percent per annum, compounded annually from the period from September 11, 2001, until the date of the judgment. Plaintiff also moves for permission to seek punitive damages

1

in the future, if appropriate.

Dated:  January 27, 2026

Respectfully submitted,

/s/  Robert Keith Morgan
Robert Keith Morgan
David J. Dickens
The Miller Firm LLC
108 Railroad Ave
Orange, VA 22960
Tel: 540-672-4224
Fax: 540-672-3055
Email: kmorgan@millerfirmllc.com

*Counsel for Plaintiffs*