UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN) <br> ECF Case |
| This document relates to: <br> *Stephanie Desimone, et al. v. The Islamic Republic of Iran* | 21-cv-07679 (GBD)(SN) <br> ECF Case |

**ATTORNEY DECLARATION IN SUPPORT OF MOTION FOR ENTRY OF PARTIAL FINAL DEFAULT JUDGMENT**

Robert Keith Morgan, Esq., hereby states under penalty of perjury, as follows:

1. I am an attorney in The Miller Firm, LLC representing Alexandria Desimone. I submit this Declaration in support of the motion for default judgment on behalf of the Plaintiff identified in Exhibit A, attached hereto, from the action titled *Stephanie Desimone, et al. v. The Islamic Republic of Iran*, 21-cv-07679-GBD-SN. The form of this motion and the relief requested herein are intended to comply with the following orders of this Court:

    a. The Court's Order dated January 24, 2017 (ECF 3435), requiring that "[a]ll further motions for final judgment against any defaulting defendant shall be accompanied by a sworn declaration attesting that the attorney has (1) complied with the due diligence safeguards [referenced in Section II.D of the January 23, 2017 letter from the Plaintiff's Executive committee, (ECF 3433)] and (2) personally verified that no relief has previously been awarded to any plaintiff included in the judgment (or, if relief has been awarded, the nature of the relief.)."[1]

    b. The Court's Order dated October 14, 2016 (3362) related to the cases captioned as Bauer v. al Qaeda Islamic Army, 02-cv-7236 (GBD)(SN) and Ashton v. al Qaeda Islamic Army, 02-cv-6977 (GBD)(SN).

2. Service of process on the Islamic Republic of Iran in this matter was effectuated through

---

[1] Unless indicated differently, citations to ECF Nos. are to the docket in *In re Terrorist Attacks on September 11, 2001*, 03-md-1570 (GBD)(SN).

1

diplomatic channels pursuant to 28 U.S.C. §1608(a)(4) on May 23, 2023 (21-cv-07679, ECF 54) and the Certificate of Default was entered August 14, 2023 (ECF 9286).

3. The sources of my information and the basis for my belief in my statements contained herein are my personal involvement in this matter, my firms representation of the Plaintiff identified in Exhibit A in connection with the terrorist attacks of September 11, 2001, other court records relating to the *In re Terrorist Attacks of September 11, 2001* multidistrict litigation to which Alexandria Desimone is a party, my communications with other counsel representing other plaintiffs in the *In re Terrorist Attacks of September 11, 2001* multidistrict litigation, conversations with Alexandria Desimone and other family members, and official records provided by Alexandria Desimone. Any matters about which I lack personal knowledge are asserted herein upon information and belief.

4. The Miller Firm has been retained by the Plaintiff to pursue recovery for her damages arising out of the death of her father, Patrick Dunn, including solatium damages suffered. The plaintiff does not have any other motions requesting judgments pending against the Iranian defendants and, after reviewing records available to me regarding other judgments entered by this Court, I have not identified any relief that has been previously awarded to the plaintiff against these defendants.

5. Patrick Dunn was a Commander in the United States Navy assigned to the Navy Command Center at the Pentagon in Arlington, Virginia. He was killed in the terrorist attack on the Pentagon on September 11, 2001. He was thirty-nine years old.

6. Alexandria Desimone is a citizen of the United States and is the daughter of Patrick Dunn. She was born six months after the 9/11 Attacks. Ms. Desimone's citizenship and relationship to Patrick Dunn are documented by the Birth Certificate, filed by the State of

Maryland, March 19, 2002, attached hereto as Exhibit B.  As the daughter of Patrick Dunn, Ms. Desimone is within the framework established by this Court for eligibility for solatium damages.

7.      Before filing this motion, I have (1) complied with the due diligence safeguards referenced in Section II.D of the January 23, 2017 letter from the PEC (ECF 3433) and (2) personally verified that, based on the PEC's review of the records available to it regarding other judgments entered by this Court against the Iranian defendants, no relief has previously been awarded to any of the plaintiffs included in the judgment.

8.      Accordingly, a proposed Order of Partial Final Judgment for the Plaintiff identified in Exhibit A, conforming to the Court's previous orders, is being filed contemporaneously with this Declaration.

Dated January 27, 2026

*/s/ Robert Keith Morgan*
Robert Keith Morgan
The Miller Firm LLC
108 Railroad Ave
Orange, VA 22960
Tel: 540-672-4224
kmorgan@millerfirmllc.com